IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JANE DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 1:19-cv-00100-WES-PAS |
| v. | : | |
| | : | |
| BROWN UNIVERSITY, | : | |
| | : | |
| Defendant | : | |

## JOINT STATUS REPORT

Pursuant to Judge Smith's August 10, 2023, Text Order ("Order"), the parties hereby respectfully submit a Joint Status Report setting forth their progress since the June 5, 2023, mediation with Judge Sullivan.

On June 30, Plaintiff Jane Doe's ("Plaintiff") counsel sent counterproposals to Defendant Brown University's ("Brown") counsel. On August 3, the parties had a productive conversation about the counterproposal. During this call, Brown's counsel indicated that its client is considering one of the options that Plaintiff's counsel presented and requested additional time to investigate and respond.

On August 9, the parties informed Judge Sullivan of this progress and proposed a continuation of mediation. The parties are scheduling a call for late August to discuss the counterproposal and whether another mediation session is needed.

As of August 21, the parties continue to engage in mediation. As discussions continue, the parties will provide Judge Sullivan with notice about the status of mediation, including whether they reach a resolution or determine that a resolution cannot be reached.

As the Order directed, the parties will submit their next Joint Status Report six weeks from this date on October 2.

Dated: August 18, 2023

                                                               LYNCH & PINE, Attorneys at Law
                                                               By: __/s/_____
                                                                     Jeffrey B. Pine, Esq. (#2278)
                                                                       Email: jpine@lynchpine.com

                                                                                            and

BAZELON CENTER FOR MENTAL HEALTH LAW
By:__/s/_____
Megan Schuller (Admitted Pro Hac Vice)
Ira Burnim (Admitted Pro Hac Vice)
Brittany Vanneman (Admitted Pro Hac Vice)
Anashua Dutta (Admitted Pro Hac Vice)
Email: megans@bazelon.org
irab@bazelon.org
britv@bazelon.org
anashuad@bazelon.org

*Attorneys for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record as indicated on the Notice of Electronic Filing.

/s/ Jeffrey B. Pine
Jeffrey B. Pine, Esq. (#2278)
Lynch & Pine, Attorneys at Law
One Park Row, Fifth Floor
Providence, RI 02903
(401) 274-3306
jpine@lynchpine.com