# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOE, : | |
| : | |
| Plaintiff, : | |
| : | C.A. NO. 1:19-cv-00100-JJM-PAS |
| v. : | |
| : | |
| BROWN UNIVERSITY, : | |
| : | |
| Defendant : | |

## JOINT STATUS REPORT

Pursuant to Judge Smith's August 10, 2023, Text Order ("Order"), the parties hereby respectfully submit a Joint Status Report setting forth their progress since the last joint status report, dated August 21, 2023.

On September 6, 2023, the parties had a productive settlement conference and follow-up conversation to their meeting on August 3. Following the August 3 settlement discussions, Defendant Brown University's counsel requested additional time to investigate and respond to a tentative settlement proposal previously raised by Plaintiff Jane Doe's counsel. On September 6, Brown's counsel stated that, subject to certain qualifications and further negotiation, its client was open to moving forward with settlement negotiations based on Plaintiff's previous proposal.

On September 25, the parties had another settlement meeting to discuss their positions. Brown provided additional information about its position on the pending proposal. Both parties stated that, subject to certain qualifications and further negotiations, their respective clients are open to moving forward with settlement negotiations based on the information provided so far. Plaintiff's counsel requested more details about Brown's offer, which Brown provided in writing the next day. Plaintiff's counsel has presented Brown's current position and offer to their client, which she is considering. Plaintiff's counsel will send Brown a written counterproposal the week of October 2, and the parties will schedule a meeting to confer as soon as possible thereafter.

Discussions between the parties have been productive and are moving forward expediently. The parties are engaged in good faith negotiations regarding a potential settlement.

As of October 2, the parties jointly request additional time to continue to engage in mediation. As discussions continue, the parties will provide Judge Sullivan with notice about the status of mediation, including whether they reach a resolution or determine that a resolution cannot be reached.

As ordered by the Court, the parties will submit their next Joint Status Report six weeks from this date on November 13, 2023.

Dated: October 2, 2023

                                                      LYNCH & PINE, Attorneys at Law
By: __/s/_____
Jeffrey B. Pine, Esq. (#2278)
Email: jpine@lynchpine.com

BAZELON CENTER FOR MENTAL HEALTH LAW
By:__s/_____
Megan Schuller (Admitted Pro Hac Vice)
Ira Burnim (Admitted Pro Hac Vice)
Brittany Vanneman (Admitted Pro Hac Vice)
Anashua Dutta (Admitted Pro Hac Vice)
Email: megans@bazelon.org
irab@bazelon.org
britv@bazelon.org
anashuad@bazelon.org

*Attorneys for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record as indicated on the Notice of Electronic Filing.

/s/ Jeffrey B. Pine
Jeffrey B. Pine, Esq. (#2278)
Lynch & Pine, Attorneys at Law
One Park Row, Fifth Floor
Providence, RI 02903
(401) 274-3306
jpine@lynchpine.com