IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JANE DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. NO. 1:19-cv-00100-WES-PAS |
| v. | : | |
| | : | |
| BROWN UNIVERSITY, | : | |
| | : | |
| Defendant | : | |

## JOINT STATUS REPORT

Pursuant to Judge Smith's August 10, 2023, Text Order ("Order"), the parties hereby respectfully submit a Joint Status Report setting forth their progress since the last joint status report, dated October 2, 2023.

On October 4, Plaintiff Jane Doe's counsel sent Brown's counsel its written counterproposal. On October 30, Brown's counsel informed Plaintiff's counsel that its client rejected certain aspects of the counterproposal and countered on other aspects. On November 2, Plaintiff's counsel presented Brown's response to their client for her consideration.

As of November 13, the parties have determined that a resolution cannot be reached and have agreed to end mediation.

The parties propose the following briefing schedule for the Court's approval:

- The parties have until December 5, 2023, to file any dispositive motions.
- The opposing party has until January 16, 2024 days to file its opposition.
- Reply briefs are due 14 days after the opposition is filed.

Dated: November 13, 2023

LYNCH & PINE, Attorneys at Law

By: /s/ _Jeffrey B. Pine_
Jeffrey B. Pine, Esq. (#2278)
Email: jpine@lynchpine.com

BAZELON CENTER FOR MENTAL HEALTH LAW
By:__s/_____

Megan Schuller (Admitted Pro Hac Vice)
Ira Burnim (Admitted Pro Hac Vice)
Brittany Vanneman (Admitted Pro Hac Vice)
Anashua Dutta (Admitted Pro Hac Vice)
Email: megans@bazelon.org
irab@bazelon.org
britv@bazelon.org
anashuad@bazelon.org

*Attorneys for plaintiff*

BROWN UNIVERSITY,

By its Attorneys,

/s/ *Joseph D. Whelan*
/s/ *Timothy K. Baldwin*
/s/ *Christopher N. Dawson*
Joseph D. Whelan (#5694)
Timothy K. Baldwin (#7889)
Christopher N. Dawson (#8508)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite710
Providence, RI  02903
Tel: 401-270-4500
Fax: 401-270-3760
jwhelan@whelancorrente.com
tbaldwin@whelancorrente.com
cdawson@whelancorrente.com

2