# EXHIBIT A



# Student Handbook

# Table of Contents

Section I: Introduction and Overview .................................................................................................. 2

Section II: Policies on the Requirements for the MD Degree ................................................................ 3

Section III: Grading and Academic Performance Policies .................................................................... 11

Section IV: Attendance Policy ............................................................................................................ 23

Section V: Policies and Protocols on Academic Standing and Promotion ........................................... 29

Section VI: Medical Student Standards of Behavior ........................................................................... 34

Section VII: Brown University Student Rights and Responsibilities .................................................... 37

Section VIII: Access to Records and Policies on Confidentiality .......................................................... 39

Section IX: Understanding of and Respect for Differences ................................................................. 45

Section X: Appeal and Grievance Procedures ..................................................................................... 48

Section XI: Policies on Writing Orders, Medical Liability Insurance, Health Insurance and Other Health Policies .............................................................................................................................................. 51

Section XII: Policies on Leaves of Absence and the Academic Scholar Program ................................. 57

Section XIII: Student Health Council .................................................................................................. 64

Section XIV: Tuition Policies ............................................................................................................... 66

Section XV: Financial Aid .................................................................................................................... 68

Appendix A: Technical Standards for Medical School Admission, Continuation, and Graduation ............ 77

Last revision: 9/20/2016

BU 332

# Section I: Introduction and Overview

The policies in this handbook represent an evolution of the practices and emerging traditions of the medical school since its origin as a Master of Medical Science Program in 1963. They continue to evolve along with the medical education curriculum. Our intention is that they reflect our commitment to excellence and professionalism for which we strive throughout our medical education program.

No educational institution can effectively function without rules that govern its conduct and operation. The Warren Alpert Medical School of Brown University has promulgated policies, procedures, and guidelines related to student affairs that are designed to ensure that all members of our academic community know what is expected and are treated fairly. This manual incorporates into one volume those policies, procedures, and guidelines that most directly pertain to students.

Policies, no matter how carefully crafted, cannot fully anticipate all situations. The medical school prides itself on its flexibility and responsiveness to individual needs. Policies must often be interpreted in light of unique circumstances where the spirit of the policy outweighs the letter of the policy. If a student believes that individual circumstances justify a different action than that indicated by a certain policy, he or she should discuss this with the appropriate administrator.

If any confusion exists concerning any of these policies, questions should be directed to Jordan White, MD, MPH, Alexandra Morang or Emily Green for student affairs, or to Linda Gillette for Financial Aid. If there is still an unresolved issue or concern, this should be referred to Allan Tunkel, MD, PhD, Associate Dean for Medical Education. Email communications are welcome. In situations requiring confidentiality, students should meet with the appropriate individual.

Brown University does not discriminate on the basis of sex, race, color, religion, age, handicap, status as a veteran, national or ethnic origin, or sexual orientation in the administration of its educational policies, admission policies, scholarship and loan programs, or other administered programs.

BU 333

## Section II: Policies on the Requirements for the MD Degree

All students must possess the intellectual, physical and emotional capabilities necessary to undertake the full curriculum and to achieve the levels of competence required by the faculty. A detailed description of the Technical Standards for Medical School Admissions, Continuation and Graduation are listed in Appendix A of this handbook.

The courses listed below represent the requirements for the current first and second year classes. Students in prior classes have been required to complete equivalent coursework. However, course titles and numbers have changed. Thus, the section below reflects the present configuration of Year 1 and Year 2 courses.

### MD 2020 First Year, First Semester

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
| --- | --- | --- | --- |
| BIOL3640 Doctoring I | 2 | S/NC | S. Warrier, K. Dodd |
| BIOL3642 IMS-I: Scientific Foundations of Medicine | 1 | S/NC | T. Salazar-Mather |
| BIOL3643 IMS-I: Histology | 1 | S/NC | J. Ou, L.C. Hanley |
| BIOL3644 IMS-I: Human Anatomy I | 1 | S/NC | D. Ritter |
| BIOL3645 IMS-I: General Pathology | 1 | S/NC | L. Dumenco, A. Kane, J. Ou, L.C. Hanley |
| BIOL3656 IMS-I: Health Systems Science I | 1 | S/NC | G. Anandarajah, E. Tobin-Tyler |

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|
| MED2010 IMS-I: Health Systems Science I (PC-PM students only) | 1 | S/NC | G. Anandarajah, E. Tobin-Tyler |

## MD 2020 First Year, Second Semester

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|
| BIOL3650 Doctoring II | 2 | S/NC | S. Warrier, K. Dodd |
| BIOL3652 IMS-II: Brain Sciences | 2 | S/NC | J. Roth, K. Stavros, N.S. Potter, J. Donahue, G. Tung, B. Connors, C. Harrington, E. Lowenhaupt |
| BIOL3653 IMS-II: Microbiology/Infectious Diseases | 1 | S/NC | T. Salazar-Mather, J. Lonks, C. Cunha |
| BIOL3665 IMS-II: Supporting Structures | 1 | S/NC | S. Schwartz, J. Katarincic, D. Jenkins, L. Robinson-Bostom, S. Chira, J. Hart |
| BIOL3655 IMS-II: Human Anatomy II | 1 | S/NC | D. Ritter |

4

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
| --- | --- | --- | --- |
| MED 2030 Research Methods in Population Medicine (PC-PM students only) | 1 | S/NC | M. Mello, K. Monteiro |

### MD 2020 First Year, Summer Semester (PC-PM students only)

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
| --- | --- | --- | --- |
| MED2040 Health Systems Science II | 1 | S/NC | J. Borkan, E. Tobin-Tyler |
| MED2045 Quantitative Statistics | 1 | S/NC | D. Anthony |
| MED2980 Independent Study Thesis Research | 1 | S/NC | M. Mello |

5

BU 336

## MD 2019 Second Year, First Semester

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|
| BIOL3660 Doctoring III | 2 | S/NC | S. Rougas, S. Elisseou |
| BIOL3662 IMS-III: Cardiovascular | 1 | S/NC | D. Burtt, E. Keating, J. Ou, L.C. Hanley |
| BIOL3663 IMS-III: Pulmonary | 1 | S/NC | M. Jankowich, E. Gartman, M. Garcia-Moliner |
| BIOL3664 IMS-III: Renal | 1 | S/NC | S. Hu, K. Richmond, E. Yakirevich |
| BIOL3674 IMS-III: Endocrine Sciences | 1 | S/NC | C. Tessier, M. Canepa |
| BIOL3674 IMS-III: Human Reproduction | 1 | S/NC | B. Cronin, A. Stuckey, V. Snegdovitch, J. Ou |
| MED2046: Leadership (PC-PM students only) | 1 | S/NC | B. Clyne |

BU 337

## MD 2019 Second Year, Second Semester

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|
| BIOL3670 Doctoring IV | 2 | S/NC | S. Rougas, S. Elisseou |
| BIOL3672 IMS-IV: Hematology | 1 | S/NC | A. Taber, J. Reagan, L. Dumenco |
| BIOL3673 IMS-IV: Gastroenterology | 1 | S/NC | H. Rich, M. LeGolvan |
| BIOL5885 Doctoring V: Clinical Skills Clerkship | 1 | S/NC | P. George, S. Rougas, D. Zink |

## Course of Study—3rd and 4th Years

All students must complete at least 80 weeks of instruction. Each 12 month academic year is divided into 4 quarters of 12 weeks, with one-week intervening vacations spanning 22 months, from May of Year 3 through April of Year 4. You may take established courses at Brown or other universities or design independent studies with an approved faculty sponsor, but a minimum of 68 weeks must be spent at Brown. Anyone with compelling reasons for an exception to the rule of 68 weeks at Brown must request a waiver from the Associate Dean for Medical Education.

**MD Classes of 2017 and 2018: Year 3 and 4 Requirements**

Students in Years 3 & 4 must complete a minimum of 80 weeks of clinical courses, 68 weeks of which must be taken at Brown, including the following:

> **Core Clerkships**: the **44 weeks of specialty-specific clerkships** listed below are taken only after the student has completed the Clinical Skills Clerkship. The six core clerkships must be completed by the end of Quarter 4B of Year 3.

BU 338

> **12** weeks, Clerkship in Internal Medicine
> **6** weeks, Clerkship in Surgery
> **6** weeks, Clerkship in Obstetrics and Gynecology
> **6** weeks, Clerkship in Pediatrics
> **8** weeks, Clerkship in Psychiatry/Clinical Neuroscience
> **6** weeks, Clerkship in Family Medicine

The 44 weeks for students in the Longitudinal Integrated Clerkship (LIC) includes inpatient experiences in Internal Medicine (3 weeks), Surgery (3 weeks), Obstetrics and Gynecology (2 weeks), Pediatrics (2 weeks), and Psychiatry/Clinical Neuroscience (3 weeks: 1 week each of psychiatry and neurology; one combined week of psychiatry/neurology). The remaining 31 weeks are spent in the outpatient setting with half-day experiences each week in Internal Medicine, Surgery, Obstetrics and Gynecology, Pediatrics, Psychiatry, Neurology, and Family Medicine.

**Electives: a minimum of 36 weeks of clinical electives, 24 weeks of which must be taken at Brown**. The 36 weeks of electives must include the following:

- 4 weeks of a **sub-internship**
- 6 weeks of a **surgical elective**. A 4 week surgery sub-internship can fulfill both the sub-internship requirement as well as count as 4 out of the 6 weeks of the surgery-related electives.
- 8 or more weeks of **selectives**, which are clinical electives which include direct patient contact, under the direct personal supervision of Brown faculty

**Add/Drop**: Students are permitted to add or drop clerkships and sub-internships no less than 30 days prior to the start of the clerkship. For clinical electives (including away rotations) and independent study projects, adds and drops in OASIS must be made at least 2 weeks prior to the start date of the course. Courses cannot be retroactively added or dropped.

Students must include at least four weeks of an approved sub-internship within the clinical course of study in Year 4. This may be taken at Brown, in which case it counts toward the eight-week selective requirement, or at an approved host institution, as long as the away sub-internship meets the guidelines established for a sub-internship at AMS.

Students may complete an **optional Advanced Clinical Mentorship (ACM)** during their last year (Year 4) of medical school. The ACM is a maximum of 12 weeks in duration and consists of one-half day per week at a single outpatient site. Students receive one week of credit for completing 12 sessions. Any modifications to the ACM, including whether any component begins in Year 3, must be approved by the Associate Dean for Medical Education. More

BU 339

information is available at http://brown.edu/academics/medical/education/clinical-curriculum-overview/advanced-clinical-mentorship.

**The Fourth-Year Objective Structured Clinical Examination:** After completing all of their specialty-specific clinical clerkships, every medical student must take an Objective Structure Clinical Examination (OSCE) at the start of Year 4. See Section III for more details. Passing this summative OSCE is a graduation requirement and exam results appear on the Medical Student Performance Evaluation (MSPE).

**Independent Study**

Students can complete an Independent Study project during their elective block in Year 3 and in Year 4. Independent studies require that the student submit a proposal and obtain approval from a Brown faculty sponsor. Independent studies cannot be done concurrently with any other course. Approval and registration in OASIS must be obtained three weeks prior to the start of the independent study project. Further details are available on this page https://www.brown.edu/academics/medical/education/clinical-curriculum-overview-years-3-and-4/independent-programs

**Further Requirements for the Awarding of the MD Degree**

- Every candidate for the degree of Doctor of Medicine must satisfactorily complete the 8 quarters comprising Years 3 and 4 as a matriculated medical student at Brown University and pay 8 quarters of tuition. If approved, students may also use time in addition to the 8 quarters for the Academic Scholar Program (ASP) and/or leave of absence (LOA). See Section XII for more details on taking approved time away from AMS.

- AMS students are expected to be enrolled full time unless they are on approved time away (ASP or LOA) from Brown University.

- A candidate for the degree of Doctor of Medicine must complete all the requirements for that degree within six years of admission to the medical school (nine years for MD/PhD candidates). Exceptions to this rule may be made only with the consent of the Medical Committee on Academic Standing and Professionalism (MCASP). The maximum period of six years (and nine years for MD/PhD candidates) includes the time spent on an approved ASP or LOA status.

- The Medical Committee on Academic Standing and Professionalism (MCASP) will recommend granting of the medical degree to candidates who have fulfilled the academic requirements.

- Students will be allowed to receive their diploma only if all tuition and fees have been fully paid and other obligations fulfilled, such as return of library books, and repayment of emergency short-term loans.

- All required courses must be completed by the 4th Friday in April prior to graduation in May.

- **USMLE Step 1**\*: must be taken by all AMS medical students. Medical students may not take the USMLE Step 1 examination until they have successfully completed all Year 1 and Year 2 courses. All students are strongly encouraged to take Step 1 prior to beginning clerkships. **All medical students must pass the USMLE Step 1 examination prior to graduation.** Students will be permitted to take the Step 1 examination no more than three times. Failure to pass the examination after a third attempt will lead to dismissal from AMS; dismissal can be appealed to the MCASP (see Section V for policy regarding dismissal).

- **USMLE Step 2 CK**\*: All medical students must take the USMLE Step 2CK examination prior to January 1 of their final year. Starting with the MD Class of 2018, students must pass the Step 2 CK in order to graduate; students will be permitted to take the examination no more than three times. Failure to pass the examination after a third attempt will lead to dismissal from AMS; dismissal can be appealed to the MCASP (see Section V for policy regarding dismissal).

- **USMLE Step 2 CS**\*: All students must take Step 2 CS no later than April 1st prior to graduation. Because of limited site and date availability, students are **strongly advised** to register for the Step 2 CS examination during the spring of Year 3 and take the examination during the summer or fall of Year 4 (prior to December 1st).

- Any exceptions to these rules will be made at the discretion of the Associate Dean for Medical Education.

\*Students who do not pass Step 1 or Step 2 (CK or CS) on their first attempt must meet with a designated member of the administration prior to being certified to retake the exam.

For other pertinent policies, see Section V and Section XII of the AMS Student Handbook.

BU 341

# Section III: Grading and Academic Performance Policies

**Grade Options**

All AMS courses in Years 1 and 2 are graded on a Satisfactory (S)/No Credit (NC) basis, and all clinical courses in Year 3 and 4, including clerkships, are graded on an Honors (H)/Satisfactory (S)/No Credit (NC) basis. All grades are recorded as such on the student's unofficial and official student transcripts. Passing grades for courses that have an S/NC grading policy are recorded on the official University transcript with an asterisk (S*) next to the grade indicating that the Honors designation is not an option for this course.

Grades in the basic science courses are assigned by the Directors of the Year 1 or Year 2 Curriculum in consultation with the course leader(s). Grades in the Doctoring courses are determined by the individual course leaders. Grades in clerkships and clinical electives are determined by Clerkship Directors and Clinical Elective Directors, respectively.

Grades are determined according to the following guidelines:

**Honors (H or HNRS)**: This grade indicates that the student has performed at a level of distinction as determined by the Clerkship Director or Clinical Elective Director, as applicable.

**Satisfactory (S)**: The student has completed all course or clerkship requirements at or above the expected standard of performance.

**No Credit (NC)**: The student's overall performance in a course or clerkship is below the expected standard of performance. Grades of NC are reported to the Medical Committee of Academic Standing and Professionalism (MCASP).

Additional (temporary) grading options for all courses and clerkships are as follows:

**Existing Deficiency (ED)**: This temporary grade indicates that the student has performed below the expected standard of performance in certain components of the course or clerkship, but that overall performance was deemed satisfactory. This grade option is used when a course or clerkship leader(s) believes that a reasonably limited amount of additional effort or study would remedy these deficiencies and result in satisfactory performance in all course components. When using the ED option, the course leader(s) should discuss the deficiencies with the student, develop a plan and timetable for correction, and communicate this plan to the Director(s) of Year 1 and Year 2 Curriculum, the Doctoring course leader, the Clerkship Director or Clinical Elective Director, as appropriate. The course leader(s) should decide, at the time of the meeting with the student, what means will be used to evaluate the student's performance at the end of the timetable. When the student successfully remediates the deficiencies, the grade will be changed

to satisfactory (S), and the student will receive full credit for the course. If the student fails to remediate the deficiencies as explicitly outlined in the plan, then the grade will be changed from ED to No Credit (NC). An ED grade not remediated within one year of the beginning of the course, clerkship or rotation may be changed to an NC, in which case the student may be required to repeat the entire course, clerkship or rotation.  Grades of ED are reported to the Medical Committee on Academic Standing and Professionalism.

**Incomplete (I or INC)**: Under exceptional circumstances outside of the student's control (such as illness or a family emergency), a student who is unable to complete all of the required course work, clerkship, or rotation requirements may be given a grade of incomplete ("I") by the Director(s) of the Year 1 and Year 2 Curriculum, the Doctoring course leader, the Clerkship Director, or Clinical Elective Director. Normally, course work not completed within one year will result in the grade being changed to No Credit (NC).

**Approved Withdrawal (W)**: In rare cases, the notation of W may be entered in OASIS by the AMS Registrar to indicate that a student started, but did not complete, a course. This is not an actual grade, but a notation to preserve the accuracy of the student record. A notation of W does not appear on the official transcript.

**Transcripts**

The grades of H/S/S*/NC become part of a student's official transcript once they are entered in Banner by the AMS Registrar's office.  This same office also maintains an unofficial transcript. The unofficial transcript contains information about temporary grades and grade changes.

When a student receives an NC in a course or clerkship, a remediation plan is put into place by the Year 1 and Year 2 curriculum directors and the course leader(s) or the clerkship director(s).  In Years 1 and 2, remediation typically entails mandatory tutoring sessions followed by a remediation exam, or a repeat of the entire course. After a course or clerkship has been successfully remediated or repeated, the new grade of "S" replaces the original grade of "NC" on the official student transcript. When the original grade is either NC or ED, the grade of Honors is only available under very extraordinary circumstances, at the discretion of the Clerkship Director(s).

Temporary grades of ED or I are noted on the unofficial transcript and are changed to an "S" on both the official and unofficial student transcripts after the appropriate course work has been completed.

**Grade Determination/Appeal**

The Director(s) of the Year 1 and Year 2 Curriculum and the course leader(s), the Clerkship Director(s) or the Clinical Elective Directors are responsible for determining how students will

12

**BU 343**

be evaluated and how grades will be assigned. Students who believe that an assigned grade is not an accurate reflection of their performance should discuss this with the Director(s) of the Year 1 and Year 2 Curriculum and the Course Leader(s), Clerkship Director(s) or Clinical Elective Directors. While there is no formal avenue of appeal of a grade within the medical school beyond the judgment of the Director(s) of the Year 1 and Year 2 Curriculum and the Course Leader(s), Clerkship Director(s) or Clinical Elective Directors, the Associate Dean for Medical Education may be asked to provide input into particularly contentious discussions regarding grade assignments.

**Grading Policy for Year 1 and 2 Courses: Overview**

Courses in Years 1 and 2 are organized within each of the first four semesters of medical school as Integrated Medical Sciences I-IV and Doctoring I-IV. Each semester of IMS consists of 2-5 courses, each of which is assigned a course number and is under the direction of a separate course leader(s). The grading policies for each of these courses are described in this document.

# Year 1:

**Grading Policy for Year 1 and 2 Courses: Semester I**

There are five IMS-I courses (SFM, Histology, Human Anatomy I, Health Systems Science and General Pathology) and one Doctoring course (Doctoring I) in Year I Semester I.**)**. **All Semester I courses are graded with S/NC (Satisfactory/No Credit) options**. PC-PM students will also be enrolled in HSS, but with a unique course number (MED2010).

**Grading for Doctoring I**

**BIOL3640** Doctoring I (2 credits), S. Warrier, K. Dodd

Grading for Doctoring I will be based upon performance in small groups, objective structured clinical examinations (OSCEs), case write-ups, reflective field notes, and community mentor sessions. If a student's performance is unsatisfactory in any component of the course, s/he will be required to remediate the deficiency before receiving a final grade. If a student's performance is unsatisfactory in more than one component of the course, s/he may be required to repeat the entire course. This determination is made by the Doctoring course leader(s). All NC and ED grades are brought to the attention of the Medical Committee on Academic Standing and Professionalism (MCASP).

**Grading for IMS-I**

- **BIOL3642** IMS-I: Scientific Foundations of Medicine (SFM) (1 credit), T. Salazar-Mather
- **BIOL3643** IMS-I: Histology (1 credit), J. Ou, L.C. Hanley
- **BIOL3644** IMS-I: Human Anatomy I (1 credit), D. Ritter

- **BIOL3656** IMS-I: Health Systems Science (HSS) (1 credit), G. Anandarajah, E. Tobin-Tyler,
- **BIOL3645** IMS-I: General Pathology (1 credit), L. Dumenco, A. Kane; Course Lab Leaders: J. Ou, L.C. Hanley

**Examinations:** There will be six integrated examinations during Semester I. Each exam will contain questions from 3 to 4 of the IMS-I courses. Course scores will be cumulative throughout the semester. HSS course grades are based upon grades on online quizzes as well as field notes/reflections, epidemiology examination questions, and completion of several online IHI (Institute for Healthcare Improvement) modules. For all semester I courses, a **grade of 70% or above will normally be considered passing.** A cutoff below 70% may be designated as passing at the discretion of the Director of the Year 1 Curriculum in conjunction with the IMS course leader. Students who do not achieve a passing grade will be assigned a grade of No Credit (NC).

**Small Group Sessions**: Small group sessions and labs are important components of the IMS-I Human Anatomy I, Histology, General Pathology, HSS, and Doctoring courses. Assessment of small group performance is based upon participation, quality of contribution to the discussions and leadership skills. Each small group leader will assess student performance in the following Nine Abilities: Ability I: Effective Communication, Ability III: Using Basic Science in the Practice of Medicine, Ability V: Lifelong Learning, and Ability VI: Professionalism. Small group faculty evaluations are posted in OASIS, the internal registration and evaluation system for AMS.

**Attendance and participation in all small group, case-based and team-based learning, and laboratory sessions is mandatory.** Students need to submit a request for an excused absence on the home page of the Canvas website and receive permission from the Director(s) of the Year 1 and Year 2 Curriculum or the Assistant Director of the Doctoring Program to miss HSS, small group, case-based or team based learning (TBL), or laboratory session. If granted an excused absence, students must then notify their small group leader(s) and complete required make-up work. If a student misses more than two small group sessions (even if excused) and/or does not perform satisfactorily in the small group sessions, s/he may receive an ED or NC in the course and be required to remediate the deficiency by special accommodation or by retaking the course. This determination is made by the Director(s) of the Year 1 and Year 2 Curriculum in conjunction with the IMS course leader or by the Doctoring course leader. See Section IV: Attendance Policy of the AMS Student Handbook for more details.

If a student receives a single grade of NC or ED in any Semester I course (including any of the five IMS-I courses or Doctoring I), s/he will be brought to the attention of the Medical Committee on Academic Standing and Professionalism (MCASP). The Director(s) of the Year 1 and Year 2 Curriculum and the IMS course leader(s) or the Doctoring course leaders will

determine the remediation plan, which may consist of summer remediation or retaking of the entire course.

If a student fails a special remediation examination, s/he will be required to repeat the course the following year, and this second NC will be brought to the attention of the MCASP. At that time, the student may be placed on academic warning. Students will be permitted to take only one remediation examination. Exceptions will be considered by the Associate Dean for Medical Education in unusual circumstances.

Students failing two or more Semester I courses (including the five IMS-I courses and Doctoring I) will be required to repeat the entire semester, even if they have already passed one or more of the Semester I courses, and will be placed on academic warning or probation by the MCASP. Students who return the following year and fail an additional course can be considered for probation and/or dismissal by MCASP. Students will not be allowed to return a third time to repeat Semester I.

**Grading Policy for Year 1 and Year 2 Courses: Semester II**

There are four IMS-II courses (Brain Sciences, Microbiology/Infectious Diseases, Supporting Structures, Human Anatomy II, and one Doctoring course (Doctoring II) in Semester II. PC-PM students will also be enrolled in MED2030 Research Methods in Population Medicine. **All Semester II courses are graded with S/NC options**.

**Grading for Doctoring II**

**BIOL3650** Doctoring II (2 credits), S. Warrier, K. Dodd

Grading follows the same policies as for Doctoring I. Students may progress on to Doctoring II without passing Doctoring I at the course leader's discretion.

**Grading for IMS-II**

Each IMS-II course is S/NC (Satisfactory, No Credit). Grades are determined based on examination scores and small group attendance and participation.

- **BIOL3652** IMS-II: Brain Sciences (2 credits), J. Roth, K. Stavros, N.S. Potter, J. Donahue, G. Tung, B. Connors, C. Harrington, E. Lowenhaupt
- **BIOL3653** IMS-II: Microbiology/Infectious Diseases (1 credit) T. Salazar-Mather, J. Lonks, C. Cunha
- **BIOL3665** IMS-II: Supporting Structures (1 credit), S. Schwartz, J. Katarincic, D. Jenkins, L. Robinson-Bostom, S. Chira, J. Hart
- **BIOL3655** IMS-II: Human Anatomy II (1 credit), D. Ritter

15

- PC-PM students only: **MED2030 Research Methods in Population Medicine (1 credit)** M. Mello, K. Monteiro

**Examinations:** There will be two to three integrated examinations in each course. The Anatomy component includes two lab practical exams. In courses with more than one exam, scores are cumulative and final grades are determined based upon the total number of possible points on all exams. **A grade of 70% or above will normally be considered passing**. A cutoff below 70% may be designated as passing at the discretion of the Director of the Year 1 Curriculum in conjunction with the IMS course leader(s). **Students who receive a failing grade in an IMS-II course will receive an NC and be brought to the attention of the MCASP.** The Director of the Year 1 Curriculum and the course leader(s) will determine the remediation plan which may consist of summer remediation or retaking of the entire course.

**Small Group Sessions:** Small group sessions and labs are important components of the IMS-II Brain Sciences, Micro/ID, Human Anatomy II, and Doctoring courses. Small group performance assessment is based upon participation, quality of contribution to the discussions as well as leadership skills. Each small group leader will assess student performance in the following Nine Abilities: Ability I: Effective Communication, Ability III: Using Basic Science in the Practice of Medicine, Ability V: Lifelong Learning, and Ability VI: Professionalism. Small group faculty evaluations are posted in OASIS, the internal registration and evaluation system for AMS.

**Attendance and participation in all small group, case-based and team-based learning (TBL), and laboratory sessions is mandatory.** Students need to complete a request for an excused absence on the home page of the Canvas website and receive permission from the Director of the Year 1 Curriculum or the Assistant Director of the Doctoring Program to miss a small group, case-based and team-based learning, or laboratory session. If granted an excused absence, students must then notify their small group leader(s) and complete required make-up work. If a student misses more than two small group sessions (even if excused) and/or does not perform satisfactorily in the small group sessions, s/he may receive an ED or an NC in the course and be required to remediate the deficiency by special accommodation or by retaking the course. This determination is made by the Director of the Year 1 curriculum in conjunction with the IMS course leader(s), or by the Doctoring course leader. See Section IV: Attendance Policy of the AMS Student Handbook for more details.

Students in the PC-PM program will take Research Methods in Population Medicine throughout the first year. Grading for this course will include online quizzes, participation in small group and completion of assignments. The grading for this course will be S/NC.

If a student receives a single grade of NC or ED in any Semester II course (including the four IMS-II courses and Doctoring II (and MED2030 for PC-PM students), s/he will be brought to the attention of the Medical Committee on Academic Standing and Professionalism (MCASP). The

Director of the Year 1 Curriculum, the IMS course leader(s), the Director of the PC-PM Program, and/or the Doctoring course leaders will determine the remediation plan which may consist of summer remediation or retaking of the entire course.

If a student is permitted to take and then fails a special remediation examination, s/he will be required to repeat the course the following year. Students will be permitted to take only one remediation examination. Exceptions will be considered by the Associate Dean for Medical Education in unusual circumstances.

Students receiving a grade of NC in two or more Semester II courses (including the four IMS-II courses and Doctoring II) will be required to repeat the entire semester, even if they have already passed one or more of the Semester II courses. Students will not be allowed to repeat Semester II for a third time. **Students must successfully complete both Doctoring I and Doctoring II in order to proceed to Year 2.**

**PC-PM Summer Courses (for PC-PM Students only):**

All courses are mandatory S/NC:

- **MED2040** Health Systems Science II (1 credit), J. Borkan, E. Tobin-Tyler
- **MED2045** Quantitative Statistics (1 credit), D. Anthony
- **MED2980** Independent Study Thesis Research (1 credit), M. Mello

## Year 2

There are five IMS-III courses (Cardiovascular, Renal, Pulmonary, Endocrine Sciences, and Human Reproduction) and one Doctoring course (Doctoring III) in Semester III. There are two IMS-IV courses (Hematology and Gastroenterology) and one Doctoring course (Doctoring IV) in Semester IV.

All Year 2 courses (including IMS-III, IMS-IV, and Doctoring III and IV) are graded S/NC (Satisfactory, No Credit). Grades are determined based on examination scores and upon small group attendance and participation.

**Grading for Doctoring III and IV**

- **BIOL3660** Doctoring III (2 credits), S. Rougas, S. Elisseou
- **BIOL3670** Doctoring IV (2 credits), S. Rougas, S. Elisseou

All four semesters of the Doctoring Course are graded S/NC. Grading for Doctoring III and IV will be based upon performance in small groups, OSCEs, case write-ups, reflective field notes, and community mentor sessions. If a student's performance is unsatisfactory in any component

of the course, s/he will be required to remediate the deficiency before receiving a final grade. If a student's performance is unsatisfactory in more than one component of the course, s/he may be required to repeat the course. This determination is made by the Doctoring course leader(s).

Although students must pass both Doctoring I and II in Year 1 to proceed to Doctoring III and IV in Year 2, students may progress to Doctoring IV without passing Doctoring III at the course leader's discretion.

**Grading for IMS-III and IMS-IV**

- **BIOL3662** IMS-III: Cardiovascular (1 credit), D. Burtt, E. Keating, J. Ou, L.C. Hanley
- **BIOL3663** IMS-III: Pulmonary (1 credit), M. Jankowich, E. Gartman, M. Garcia-Moliner
- **BIOL3664** IMS-III: Renal (1 credit), S. Hu, K. Richmond, E. Yakirevich
- **BIOL3654** IMS-III: Endocrine Sciences (1 credit), C. Tessier, M. Canepa
- **BIOL3674** IMS-III: Human Reproduction (1 credit), B. Cronin, A. Stuckey, V. Snegdovitch, J. Ou
- PC-PM students only: **MED2046** Leadership (1 credit), B. Clyne

- **BIOL3672** IMS-IV: Hematology (1 credit), A. Taber, J. Reagan, L. Dumenco
- **BIOL3673** IMS-IV: Gastroenterology (1 credit), H. Rich, M. LeGolvan

**Examinations:** Grades for each IMS-III and IMS-IV course are based upon a single examination as well as small group attendance and participation (a quiz also contributes to the final course grade in IMS-III: Cardiovascular, Pulmonary and Renal).

**A grade of 70% or above will normally be considered passing.** A cutoff below 70% may be designated as passing at the discretion of the Director of the Year 2 Curriculum in conjunction with the course leader(s). **Students who receive a single failing grade in an IMS-III or IMS-IV course will receive an NC and be brought to the attention of the MCASP.** The remediation plan is determined by the Director of the Year 2 Curriculum and the course leader(s). This remediation most often consists of a period of tutoring and independent study followed by a remediation examination.

**Small Group Sessions:** Small group sessions and labs are important components of the IMS-III and IMS-IV courses (including Cardiovascular, Renal, Pulmonary, Endocrine Sciences, Human Reproduction, Hematology, and Gastroenterology) and Doctoring. Small group performance assessment is based upon participation, quality of contribution to the discussions and leadership skills. Each small group leader will assess student performance in the following Nine Abilities: Ability I: Effective Communication, Ability III: Using Basic Science in the Practice of Medicine, Ability V: Lifelong Learning, and Ability VI: Professionalism. Small group faculty evaluations

are posted in OASIS, the internal registration and evaluation system for AMS. Small groups count for 5% of the course grade in the Renal course only.

**Attendance and participation in all small group, case-based and team-based learning, and laboratory sessions is mandatory.** Students need to complete a request for an excused absence on the home page of the Canvas website and receive permission from the Director of the Year 2 Curriculum or the Assistant Director of the Doctoring Program for permission to miss a small group, case-based and team-based learning, or laboratory session. If granted an excused absence, students must then notify their small group leader(s) and complete required make-up work. If a student misses more than two small group sessions (even if excused) and/or does not perform satisfactorily in the small group sessions, s/he may receive an ED or an NC in the course and be required to remediate the deficiency by special accommodation or by retaking the course. This determination is made by the Director of the Year 2 Curriculum and the IMS course leader or the Doctoring course leader(s). See Section IV: Attendance Policy for more details.

Students in the PC-PM program will take MED2046 Leadership during the first and second semester of Year 2. Grading for this course will include online quizzes, participation in small group and completion of assignments. The grading for this course will be S/NC.

Students who receive a grade of NC or ED in any Semester III course (including the five IMS-III courses and Doctoring III) (and MED2046 for PC-PM students) will be brought to the attention of the MCASP. The MCASP will consider options for remediation based upon the recommendations of the Director of the Year 2 Curriculum, the IMS course leader(s), the Director of the PC-PM Program, and/or the Doctoring course leaders in consultation with the Associate Dean for Medical Education. If a student fails a special remediation examination, s/he will be required to repeat the course the following year. Students will be permitted to take only one remediation exam. Exceptions will be considered by the Associate Dean for Medical Education in unusual circumstances.

Students who receive a grade of NC in two or more Semester III courses (any of the five IMS-III courses and Doctoring III) will be brought to the attention of the MCASP and will be required to repeat the entire semester, even if they have already passed one or more of the Semester III courses. Students will not be allowed to return a third time to repeat Semester III.

Students who receive a grade of NC or ED in a single Semester IV course (including the two IMS-IV courses and Doctoring IV) will be brought to the attention of the MCASP. Note: MED2046 for PC-PM students spans both Semester III and Semester IV. Grades for this course will be submitted in Semester IV. The Director of the Year 2 Curriculum and the IMS course leader(s) or the Doctoring course leader(s) will determine the remediation plan (which may consist of required tutoring and independent study followed by a remediation or retaking of the entire course). If a student is allowed to remediate this course via a special examination, it must