# EXHIBIT B



# Medical Student Handbook
# 2017-2018
*Last revision 7/26/2017*

**Section I: Introduction and Overview**.................................................2
**Section II: Policies on the Requirements for the MD Degree**............3
**Section III: Grading and Academic Performance Policies**..............11
**Section IV: Attendance Policy**........................................................ 23
**Section V: Policies and Protocols on Academic Standing and Promotion**..................................................................................................29
**Section VI: Medical Student Standards of Behavior**....................... 34
**Section VII: The Learning Environment**...........................................38
**Section VIII: Access to Records and Policies on Confidentiality**....44
**Section IX: Understanding of and Respect for Differences**.............50
**Section X: Appeal and Grievance Procedures**..................................53
**Section XI: Policies on Writing Orders, Medical Liability Insurance, Health Insurance and Other Health Policies**......................................57
**Section XII: Policies on Time Away from Medical Studies**..............63
**Section XIII: Tuition Policies**............................................................ 70
**Section XIV: Financial Aid**................................................................ 72
**Appendix A: Technical Standards for Medical School Admission, Continuation, and Graduation**............................................................ 81
**Appendix B: Educational Objectives and Guidelines for Approving a Sub-internship**...................................................................................83
**Appendix C: Directory of Referenced AMS Staff**............................85

BU 253

# Section I: Introduction and Overview

The policies in this handbook represent an evolution of the practices of the Warren Alpert Medical School of Brown University since its origin as a Master of Medical Science Program in 1963. They continue to evolve along with the medical education curriculum. Our intention is that they reflect our commitment to excellence and professionalism, for which we strive throughout our medical education program.

The following policies, procedures, and guidelines are designed to ensure that all members of our academic community know what is expected of them and are treated fairly within the institution. Policies, no matter how carefully crafted, cannot fully anticipate all situations. The medical school prides itself on its flexibility and responsiveness to individual needs. If a student believes that individual circumstances justify a different action than that indicated by a certain policy, the student should discuss this with an appropriate administrator.

Brown University does not discriminate on the basis of sex or gender, race, color, religion, age, physical ability, status as a veteran, national or ethnic origin, or sexual orientation in the administration of its educational policies, admission policies, scholarship and loan programs, or other administered programs.

# Section II: Policies on the Requirements for the MD Degree

All students must possess the intellectual, physical and emotional capabilities necessary to undertake the full curriculum and to achieve the levels of competence required by the faculty. A detailed description of the Technical Standards for Medical School Admissions, Continuation and Graduation are listed in Appendix A of this handbook.

The courses listed below represent the requirements for the current first and second year classes. Students in prior classes have been required to complete equivalent coursework. However, course titles and numbers have changed. Thus, the section below reflects the present configuration of Year 1 and Year 2 courses.

## MD 2021 First Year, First Semester

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|
| BIOL3640 Doctoring I | 2 | S/NC | S. Elisseou, Kimberly Dodd |
| BIOL3642 IMS-I: Scientific Foundations of Medicine | 1 | S/NC | T. Salazar-Mather |
| BIOL3643 IMS-I: Histology | 1 | S/NC | J. Ou, L.C. Hanley |
| BIOL3644 IMS-I: Human Anatomy I | 1 | S/NC | D. Ritter |
| BIOL3645 IMS-I: General Pathology | 1 | S/NC | L. Dumenco, J. Ou, L.C. Hanley, K. Singh |
| BIOL3656 IMS-I: Health Systems Science I | 1 | S/NC | G. Anandarajah, E. Tobin-Tyler |

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|

| MED2010 IMS-I: Health Systems Science I (PC-PM students only) | 1 | S/NC | G. Anandarajah, E. Tobin-Tyler |
| MED2030 Research Methods in Population Medicine (PC-PM students only) | 1 | S/NC | M. Mello, K. Monteiro |

## MD 2021 First Year, Second Semester

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|
| BIOL3650 Doctoring II | 2 | S/NC | S. Elisseou, Kimberly Dodd |
| BIOL3652 IMS-II: Brain Sciences | 2 | S/NC | J. Roth, K. Stavros, J. Donahue, G. Tung, J. Stein, E. Brannan, A. Halt |
| BIOL3653 IMS-II: Microbiology/Infectious Diseases | 1 | S/NC | T. Salazar-Mather, J. Lonks, C. Cunha |
| BIOL3665 IMS-II: Supporting Structures | 1 | S/NC | S. Schwartz, D. Jenkins, L. Robinson-Bostom, S. Chai, J. Hart |
| BIOL3655 IMS-II: Human Anatomy II | 1 | S/NC | D. Ritter |

## MD 2021 First Year, Summer Semester (PC-PM students only)

4

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|
| MED2040 Health Systems Science II | 1 | S/NC | J. Borkan, E. Tobin-Tyler |
| MED2045 Quantitative Methods | 1 | S/NC | D. Anthony |
| MED2980 Independent Study Thesis Research | 1 | S/NC | M. Mello, M. Zonfrillo |

## MD 2020 Second Year, First Semester

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|
| BIOL3660 Doctoring III | 2 | S/NC | S. Rougas |
| BIOL3662 IMS-III: Cardiovascular | 1 | S/NC | D. Burtt, E. Keating, J. Ou, L.C. Hanley |
| BIOL3663 IMS-III: Pulmonary | 1 | S/NC | M. Jankowich, E. Gartman, M. Garcia-Moliner |
| BIOL3664 IMS-III: Renal | 1 | S/NC | S. Hu, K. Richmond, E. Yakirevich |
| BIOL3674 IMS-III: Endocrine Sciences | 1 | S/NC | C. Tessier, M. Canepa |
| BIOL3674 IMS-III: Human Reproduction | 1 | S/NC | R. Allen, A. Stuckey, V. Snegovskikh, J. Ou |
| MED2046: Leadership (PC-PM students only) | 1 | S/NC | B. Clyne |

**MD 2020 Second Year, Second Semester**

| COURSE | CREDITS | GRADING OPTION | COURSE LEADER(S) |
|---|---|---|---|
| BIOL3670 Doctoring IV | 1 | S/NC | S. Rougas |
| BIOL3672 IMS-IV: Hematology | 1 | S/NC | A. Taber, J. Reagan, L. Dumenco, L. Goldberg |
| BIOL3673 IMS-IV: Gastroenterology | 1 | S/NC | H. Rich, M. LeGolvan |
| BIOL5885 Doctoring V: Clinical Skills Clerkship | 1 | S/NC | P. George, S. Warrier, S. Rougas, D. Zink |

## Course of Study—3rd and 4th Years

All students must complete at least 80 weeks of instruction. Each 12-month academic year is divided into 4 quarters of 12 weeks each, with one-week intervening vacations spanning 22 months, from May of Year 3 through April of Year 4. Students may take established courses at Brown or other universities or design independent studies with an approved faculty sponsor, but a minimum of 68 weeks must be spent at Brown. Students with compelling reasons for an exception to the rule of 68 weeks at Brown must request a waiver from the Associate Dean for Medical Education.

**MD Classes of 2018 and 2019: Year 3 and 4 Requirements**

Students in Years 3 & 4 must complete a minimum of 80 weeks of clinical courses, 68 weeks of which must be taken at Brown, including the following:

> **Core Clerkships**: the **44 weeks of specialty-specific clerkships** listed below are taken only after the student has completed the Clinical Skills Clerkship. The six core clerkships must be completed by the end of Quarter 4B of Year 3.
> **12** weeks, Clerkship in Internal Medicine
> **6** weeks, Clerkship in Surgery
> **6** weeks, Clerkship in Obstetrics and Gynecology
> **6** weeks, Clerkship in Pediatrics

7

>**8** weeks, Clerkship in Psychiatry/Clinical Neuroscience
>**6** weeks, Clerkship in Family Medicine

The 44 weeks for students in the Longitudinal Integrated Clerkship (LIC) includes inpatient experiences in Internal Medicine (3 weeks), Surgery (3 weeks), Obstetrics and Gynecology (2 weeks), Pediatrics (2 weeks), and Psychiatry/Clinical Neuroscience (3 weeks: 1 week each of psychiatry and neurology; one combined week of psychiatry/neurology). The remaining 31 weeks are spent in the outpatient setting with half-day experiences each week in Internal Medicine, Surgery, Obstetrics and Gynecology, Pediatrics, Psychiatry, Neurology, and Family Medicine. Students in the PC-PM program also take Population and Clinical Medicine (PCM) 1 and 2 (Med-Grad 2050 and 2060) during the course of the third year.

**Electives: a minimum of 36 weeks of clinical electives, 24 weeks of which must be taken at Brown**. The 36 weeks of electives must include the following:

- 4 weeks of a **sub-internship**
- 6 weeks of **surgical electives**. A 4-week surgery sub-internship can fulfill both the sub-internship requirement as well as count as 4 out of the 6 weeks of the surgery-related electives.
- 8 or more weeks of **clinical electives** which include direct patient contact under the direct supervision of Brown faculty.

**Add/Drop**: Students are permitted to add or drop sub-internships no less than 30 days prior to the start of the sub-internship. For clinical electives including away rotations and independent study projects, adds and drops in OASIS must be made at least 2 weeks prior to the start date of the course. Some electives require 30 days' lead time in order to add or drop. These are noted in the OASIS course catalog. Courses cannot be retroactively added or dropped. Exceptions to this policy should be for extraordinary and unexpected circumstances, and made to the Associate Dean for Medical Education for consideration.

Students must include at least four weeks of an approved sub-internship within the clinical course of study in Year 4. This may be taken at Brown, or at an approved host institution, as long as the away sub-internship meets the guidelines established for a sub-internship at AMS (see Appendix B).

Students may complete an **optional Advanced Clinical Mentorship (ACM)** during their last year (Year 4) of medical school. The ACM consists of 12 half-day sessions at a single outpatient site, with one half-day session completed per week. Students receive one week of credit for completing 12 sessions. Only one ACM can be completed. Any modifications to the ACM, including whether any component begins in Year 3, must be approved by the Associate Dean for Medical Education.

**The Fourth-Year Objective Structured Clinical Examination:** After completing all of their specialty-specific clinical clerkships, every medical student must take an Objective Structure Clinical

8

Examination (OSCE) at the start of Year 4. See Section III for more details. Passing this summative OSCE is a graduation requirement and exam results appear on the Medical Student Performance Evaluation (MSPE).

**Independent Study**

Students can complete an Independent Study project during their elective block in Year 3 and in Year 4. Independent studies require that the student submit a proposal and obtain approval from a Brown faculty sponsor. Independent studies cannot be done concurrently with any other course. Approval must be obtained two weeks prior to the start of the independent study.

**Further Requirements for the Awarding of the MD Degree**

- Every candidate for the degree of Doctor of Medicine must satisfactorily complete the 8 quarters comprising Years 3 and 4 as a matriculated medical student at Brown University and pay 8 quarters of tuition. If approved, students may also use time in addition to the 8 quarters for the Academic Scholar Program (ASP) and/or leave of absence (LOA). See Section XII for more details on taking approved time away from AMS.

- AMS students are expected to be enrolled full time unless they are on approved time away (ASP or LOA) from Brown University.

- A candidate for the degree of Doctor of Medicine must complete all the requirements for that degree within six years of admission to the medical school (nine years for MD/PhD candidates). Exceptions to this rule may be made only with the consent of the Medical Committee on Academic Standing and Professionalism (MCASP). The maximum period of six years (and nine years for MD/PhD candidates) includes the time spent on an approved ASP or LOA status.

- The Medical Committee on Academic Standing and Professionalism (MCASP) will recommend granting of the medical degree to candidates who have fulfilled the academic requirements.

- Students will be allowed to receive their diploma only if all tuition and fees have been fully paid and other obligations fulfilled, such as return of library books, and repayment of emergency short-term loans.

- All required courses must be completed by the 4th Friday in April prior to graduation in May.

- **USMLE Step 1** must be taken by all AMS medical students. Medical students may not take the USMLE Step 1 examination until they have successfully completed all Year 1 and Year 2 courses. Students are strongly encouraged to take Step 1 prior to beginning clerkships. **All medical students must pass the USMLE Step 1 examination prior to graduation.** Students will be permitted to take the Step 1 examination no more than three times. Failure to pass the examination after a third attempt will lead to dismissal from AMS; dismissal can be appealed to

- the MCASP (see Section V for policy regarding dismissal). Students who do not pass Step 1 on their first attempt must meet with a designated member of the administration prior to being certified to retake the exam.

- **USMLE Step 2CK** must be taken by all AMS medical students prior to January 1 of their final year. Students are strongly encouraged to take Step 2CK in the summer of their fourth year. **All medical students must pass the USMLE Step 2CK examination prior to graduation.** Students will be permitted to take the examination no more than three times. Failure to pass the examination after a third attempt will lead to dismissal from AMS; dismissal can be appealed to the MCASP (see Section V for policy regarding dismissal). Students who do not pass Step 2CK on their first attempt must meet with a designated member of the administration prior to being certified to retake the exam.

- **USMLE Step 2CS*** must be taken by all AMS medical students prior to January 1 of their final year. Because of limited site and date availability, students are **strongly advised** to register for the Step 2CS examination during the spring of Year 3 and take the examination prior to November 1 of Year 4. Students who do not pass Step 2CS on their first attempt must meet with a designated member of the administration prior to being certified to retake the exam.

- Any exceptions to these rules regarding the USMLE examinations should be for extraordinary and unexpected circumstances, and made to the Associate Dean for Medical Education for consideration.

# Section III: Grading and Academic Performance Policies

**Grade Options**

All AMS courses in Years 1 and 2 are graded on a Satisfactory (S)/No Credit (NC) basis, and all clinical courses in Year 3 and 4, including clerkships, are graded on an Honors (H)/Satisfactory (S)/No Credit (NC) basis. All grades are recorded as such on the student's unofficial and official student transcripts. Passing grades for courses that have an S/NC grading policy are recorded on the official University transcript with an asterisk (S*) next to the grade indicating that the Honors designation is not an option for this course.

Grades in the basic science courses are assigned by the Directors of the Year 1 or Year 2 Curriculum in consultation with the course leader(s). Grades in the Doctoring courses are determined by the individual course leaders. Grades in clerkships and clinical electives are determined by Clerkship Directors and Clinical Elective Directors, respectively.

BU 262

Grades are determined according to the following guidelines:

**Honors (H or HNRS)**: This grade indicates that the student has performed at a level of distinction as determined by the Clerkship Director or Clinical Elective Director, as applicable.

**Satisfactory (S)**: The student has completed all course or clerkship requirements at or above the expected standard of performance.

**No Credit (NC)**: The student's overall performance in a course or clerkship is below the expected standard of performance. Grades of NC are reported to the Medical Committee of Academic Standing and Professionalism (MCASP).

Additional (temporary) grading options for all courses and clerkships are as follows:

**Existing Deficiency (ED)**: This temporary grade indicates that the student has performed below the expected standard of performance in certain components of the course or clerkship, but that overall performance was deemed satisfactory. This grade option is used when a course or clerkship leader(s) believes that a reasonably limited amount of additional effort or study would remedy these deficiencies and result in satisfactory performance in all course components. When using the ED option, the course leader(s), clerkship director(s), or clinical elective director(s) should discuss the deficiencies with the student, develop a plan and timetable for correction, and communicate this plan to the Director(s) of the Year 1, Year 2, or Year 3 and 4 Curriculum, as appropriate. The course leader(s), clerkship director(s), or clinical elective director(s) should decide, at the time of the meeting with the student, what means will be used to evaluate the student's performance at the end of the timetable. When the student successfully remediates the deficiencies, the grade will be changed to satisfactory (S), and the student will receive full credit for the course. If the student fails to remediate the deficiencies as explicitly outlined in the plan, then the grade will be changed from ED to No Credit (NC). If an ED grade is not remediated within one year from the time the grade is submitted, the student may be required to repeat the entire course, clerkship or rotation. Grades of ED are reported to the Medical Committee on Academic Standing and Professionalism.

**Incomplete (I or INC)**: Under exceptional circumstances outside of the student's control (such as illness or a family emergency), a student who is unable to complete all of the required course work, clerkship, or rotation requirements may be given a grade of incomplete (I) by the Director(s) of the Year 1 and Year 2 Curriculum, the Doctoring course leader, the Clerkship Director, or the Clinical Elective Director. Normally, course work not completed within one year from the time the grade is submitted will result in the grade being changed to No Credit (NC).

**Approved Withdrawal (W)**: In rare cases, the notation of W may be entered in OASIS by the Director of Academic Records to indicate that a student started but did not complete a course. This is not an actual grade, but a notation to preserve the accuracy of the student record. A notation of W does not appear on the official transcript.

BU 263

**Transcripts**

The grades of H/S/S*/NC become part of a student's official transcript once they are entered in Banner by the AMS office of Records and Registration. This same office also maintains an unofficial transcript. The unofficial transcript contains information about temporary grades and grade changes.

When a student receives an NC in a course or clerkship, a remediation plan is put into place by the curriculum directors for the appropriate year and the course leader(s), clerkship director(s), or clinical elective directors. In all four years, remediation typically entails mandatory tutoring sessions followed by a remediation exam or a repeat of the entire course. After a course or clerkship has been successfully remediated or repeated, the new grade of S replaces the original grade of NC on the official student transcript. When the original grade is either NC or ED, the grade of Honors is only available under very extraordinary circumstances, at the discretion of the Clerkship Director(s).

Temporary grades of ED or I are noted on the unofficial transcript and are changed to an S (possibly H in the case of an incomplete) on both the official and unofficial student transcripts after the appropriate course work has been completed.

**Grade Determination/Appeal**

The Director(s) of the Year 1 and Year 2 Curriculum and the course leader(s), the Clerkship Director(s) or the Clinical Elective Directors are responsible for determining how students are evaluated and how grades are assigned. Students who believe that an assigned grade is not an accurate reflection of their performance should discuss this with the Director(s) of the Curriculum for the appropriate year and the Course Leader(s), Clerkship Director(s) or Clinical Elective Directors. While there is no formal avenue of appeal of a grade within the medical school beyond the judgment of the Director(s) of the Curriculum and the Course Leader(s), Clerkship Director(s) or Clinical Elective Directors, the Associate Dean for Medical Education may be asked to provide input into particularly contentious discussions regarding grade assignments.

**Grading Policy for Year 1 and 2 Courses: Overview**

Courses in Years 1 and 2 are organized within each of the first four semesters of medical school as Integrated Medical Sciences I-IV and Doctoring I-IV. Each semester of IMS consists of 2-5 courses, each of which is assigned a course number and is under the direction of a separate course leader(s). The grading policies for each of these courses are described in this document.

# Year 1

**Grading Policy for Year 1 Courses: Semester I**
There are five IMS-I courses (SFM, Histology, Human Anatomy I, Health Systems Science I and General Pathology) and one Doctoring course (Doctoring I) in Year I Semester I. **All Semester I**

12

**courses are graded with S/NC (Satisfactory/No Credit) options**. PC-PM students will also be enrolled in HSS I, but with a unique course number (MED2010).

Students in the PC-PM program will take Research Methods in Population Medicine (MED2030) throughout the first year. Grading for this course will include online quizzes, participation in small group, and completion of assignments. This course is graded with S/NC options.

**Grading for Doctoring I**

**BIOL3640** Doctoring I (2 credits), S. Elisseou, Kimberly Dodd

Grading for Doctoring I will be based upon performance in small groups, objective structured clinical examinations (OSCEs), case write-ups, reflective field notes, and community mentor sessions. If a student's performance is unsatisfactory in any component of the course, the student will be required to remediate the deficiency before receiving a final grade. If a student's performance is unsatisfactory in more than one component of the course, the student may be required to repeat the entire course. This determination is made by the Doctoring course leader(s). All NC and ED grades are brought to the attention of the Medical Committee on Academic Standing and Professionalism (MCASP).

**Grading for IMS-I and PC-PM Courses**

Grading for IMS-I and PC-PM courses in Year 1, Semester 1 is on a satisfactory/no credit basis. See below for specifics on IMS-1 grading. Refer to course syllabi for PC-PM course grading.

- **BIOL3642** IMS-I: Scientific Foundations of Medicine (SFM) (1 credit), T. Salazar-Mather
- **BIOL3643** IMS-I: Histology (1 credit), J. Ou, L.C. Hanley
- **BIOL3644** IMS-I: Human Anatomy I (1 credit), D. Ritter
- **BIOL3656** IMS-I: Health Systems Science (HSS) I (1 credit), G. Anandarajah, E. Tobin-Tyler
- **BIOL3645** IMS-I: General Pathology (1 credit), L. Dumenco, J. Ou, L.C. Hanley, K. Singh
- PC-PM students only: **MED2030 Research Methods in Population Medicine (1 credit)** M. Mello, K. Monteiro

**Examinations:** There will be six integrated examinations during Semester I. Each exam will contain questions from 3 to 4 of the IMS-I courses. Course scores will be cumulative throughout the semester. HSS I course grades are based upon examination questions, as well as field notes/reflections, and completion of several online IHI (Institute for Healthcare Improvement) modules. For all semester I courses, a **grade of 70% or above will normally be considered passing.** A cutoff below 70% may be designated as passing at the discretion of the Director of the Year 1 Curriculum in conjunction with the IMS course leader. Students who do not achieve a passing grade will be assigned a grade of No Credit (NC).

**Small Group Sessions**: Small group sessions and labs are important components of the IMS-I

13

Human Anatomy I, Histology, General Pathology, HSS I, PC-PM and Doctoring courses. Assessment of small group performance is based upon participation, quality of contribution to the discussions and leadership skills. Each small group leader will assess student performance in the appropriate Nine Abilities (competencies). Small group faculty evaluations are posted in OASIS, the internal registration and evaluation system for AMS.

**Attendance and participation in all small group, case-based and team-based learning, and laboratory sessions is mandatory.** Students need to submit a request for an excused absence on the home page of the Canvas website and receive permission from the Director of the Year 1 Curriculum or the Assistant Director of the Doctoring Program to miss required activities including small group, case-based or team based learning (TBL), or laboratory sessions. This is the same process for the Primary Care-Population Medicine program courses. If granted an excused absence, students must then notify their small group leader(s) and complete required make-up work. If a student misses more than two small group sessions (even if excused) and/or does not perform satisfactorily in the small group sessions, the student may receive an ED or NC in the course and be required to remediate the deficiency by special accommodation or by retaking the course. This determination is made by the Director of the Year 1 Curriculum (or the Primary Care-Population Medicine director when applicable) in conjunction with the IMS course leader or by the Doctoring course leader. See Section IV: Attendance Policy of the AMS Student Handbook for more details.

If a student receives a single grade of NC or ED in any Semester I course (including any of the five IMS-I courses or Doctoring I), the student will be brought to the attention of the Medical Committee on Academic Standing and Professionalism (MCASP). The Director of the Year 1 Curriculum and the IMS course leader(s) or the Doctoring course leaders will determine the remediation plan, which may consist of summer remediation or retaking of the entire course.

If a student fails a special remediation examination, the student will be required to repeat the course the following year, and this second NC will be brought to the attention of the MCASP. At that time, the student may be placed on academic warning. Students will be permitted to take only one remediation examination. Exceptions will be considered by the Associate Dean for Medical Education in unusual circumstances.

Students failing two or more Semester I courses (including the five IMS-I courses and Doctoring I) will be required to repeat the entire semester, even if they have already passed one or more of the Semester I courses, and will be placed on academic warning or probation by the MCASP. Students who return the following year and fail an additional course can be considered for probation and/or dismissal by MCASP. Students will not be allowed to return a third time to repeat Semester I.

### Grading Policy for Year 1 Courses: Semester II

There are four IMS-II courses (Brain Sciences, Microbiology/Infectious Diseases, Supporting Structures, Human Anatomy II, and one Doctoring course (Doctoring II) in Semester II. Note: MED2030 for PC-PM students spans both Semester I and Semester II. Grades for this course will be

14

submitted in Semester II. **All Semester II courses are graded with S/NC options**.

**Grading for Doctoring II**

**BIOL3650** Doctoring II (2 credits), S. Elisseou, Kimberly Dodd

Grading follows the same policies as for Doctoring I. Students may progress on to Doctoring II without passing Doctoring I at the course leader's discretion.

**Grading for IMS-II**

Each IMS-II course is S/NC (Satisfactory, No Credit). Grades are determined based on examination scores and small group attendance and participation.

- **BIOL3652** IMS-II: Brain Sciences (2 credits), J. Roth, K. Stavros, J. Donahue, G. Tung, J. Stein, E. Brannan, A. Halt
- **BIOL3653** IMS-II: Microbiology/Infectious Diseases (1 credit), T. Salazar-Mather, J. Lonks, C. Cunha
- **BIOL3665** IMS-II: Supporting Structures (1 credit), S. Schwartz, D. Jenkins, L. Robinson-Bostom, S. Chai, J. Hart
- **BIOL3655** IMS-II: Human Anatomy II (1 credit), D. Ritter

**Examinations:** There will be two to three integrated examinations in each course. The Anatomy component includes two lab practical exams. In courses with more than one exam, scores are cumulative and final grades are determined based upon the total number of possible points on all exams. **A grade of 70% or above will normally be considered passing**. A cutoff below 70% may be designated as passing at the discretion of the Director of the Year 1 Curriculum in conjunction with the IMS course leader(s). **Students who receive a failing grade in an IMS-II course will receive an NC and be brought to the attention of the MCASP.** The Director of the Year 1 Curriculum and the course leader(s) will determine the remediation plan which may consist of summer remediation or retaking of the entire course.

**Small Group Sessions:** Small group sessions and labs are important components of the IMS-II Brain Sciences, Micro/ID, Human Anatomy II, PC-PM and Doctoring courses. Small group performance assessment is based upon participation, quality of contribution to the discussions as well as leadership skills. Each small group leader will assess student performance in the appropriate Nine Abilities (competencies). Small group faculty evaluations are posted in OASIS, the internal registration and evaluation system for AMS.

**Attendance and participation in all small group, case-based and team-based learning (TBL), and laboratory sessions is mandatory.** Students need to complete a request for an excused absence on the home page of the Canvas website and receive permission from the Director of the Year 1 Curriculum

or the Assistant Director of the Doctoring Program to miss a small group, case-based and team-based learning, or laboratory session. If granted an excused absence, students must then notify their small group leader(s) and complete required make-up work. If a student misses more than two small group sessions (even if excused) and/or does not perform satisfactorily in the small group sessions, the student may receive an ED or an NC in the course and be required to remediate the deficiency by special accommodation or by retaking the course. This determination is made by the Director of the Year 1 curriculum in conjunction with the IMS course leader(s), or by the Doctoring course leader. See Section IV: Attendance Policy of the AMS Student Handbook for more details.

If a student receives a single grade of NC or ED in any Semester II course (including the four IMS-II courses and Doctoring II (and MED2030 for PC-PM students), the student will be brought to the attention of the Medical Committee on Academic Standing and Professionalism (MCASP). The Director of the Year 1 Curriculum, the IMS course leader(s), the Director of the PC-PM Program, and/or the Doctoring course leaders will determine the remediation plan which may consist of summer remediation or retaking of the entire course.

If a student is permitted to take and then fails a special remediation examination, the student will be required to repeat the course the following year. Students will be permitted to take only one remediation examination. Exceptions will be considered by the Associate Dean for Medical Education in unusual circumstances.

Students receiving a grade of NC in two or more Semester II courses (including the four IMS-II courses, Doctoring II and MED2030 for PC-PM students) will be required to repeat the entire semester, even if they have already passed one or more of the Semester II courses. Students will not be allowed to repeat Semester II for a third time. **Students must successfully complete all IMS courses as well as both Doctoring I and Doctoring II in order to proceed to Year 2.**

**PC-PM Summer Courses (for PC-PM Students only):**

All courses are mandatory S/NC:

- **MED2040** Health Systems Science II (1 credit), J. Borkan, E. Tobin-Tyler
- **MED2045** Quantitative Methods (1 credit)**,** D. Anthony
- **MED2980** Independent Study Thesis Research (1 credit), M. Mello, M. Zonfrillo

## Year 2

There are five IMS-III courses (Cardiovascular, Renal, Pulmonary, Endocrine Sciences, and Human Reproduction) and one Doctoring course (Doctoring III) in Semester III. There are two IMS-IV courses (Hematology and Gastroenterology) and one Doctoring course (Doctoring IV) in Semester IV.

All Year 2 courses (including IMS-III, IMS-IV, and Doctoring III and IV) are graded S/NC

BU 268

(Satisfactory, No Credit). Grades are determined based on examination scores and upon small group attendance and participation.

### Grading for Doctoring III and IV

- **BIOL3660** Doctoring III (2 credits), S. Rougas
- **BIOL3670** Doctoring IV (1 credit), S. Rougas

All four semesters of the Doctoring Course are graded S/NC. Grading for Doctoring III and IV will be based upon performance in small groups, OSCEs, case write-ups, reflective field notes, and community mentor sessions. If a student's performance is unsatisfactory in any component of the course, the student will be required to remediate the deficiency before receiving a final grade. If a student's performance is unsatisfactory in more than one component of the course, the student may be required to repeat the course. This determination is made by the Doctoring course leader(s).

Although students must pass both Doctoring I and II in Year 1 to proceed to Doctoring III and IV in Year 2, students may progress to Doctoring IV without passing Doctoring III at the course leader's discretion.

### Grading for IMS-III and IMS-IV and PC-PM Courses

- **BIOL3662** IMS-III: Cardiovascular (1 credit), D. Burtt, E. Keating, J. Ou, L.C. Hanley
- **BIOL3663** IMS-III: Pulmonary (1 credit), M. Jankowich, E. Gartman, M. Garcia-Moliner
- **BIOL3664** IMS-III: Renal (1 credit), S. Hu, K. Richmond, E. Yakirevich
- **BIOL3654** IMS-III: Endocrine Sciences (1 credit), C. Tessier, M. Canepa
- **BIOL3674** IMS-III: Human Reproduction (1 credit), R. Allen, A. Stuckey, V. Snegovskikh, J. Ou
- **BIOL3672** IMS-IV: Hematology (1 credit), A. Taber, J. Reagan, L. Dumenco, L. Goldberg
- **BIOL3673** IMS-IV: Gastroenterology (1 credit), H. Rich, M. LeGolvan
- PC-PM students only: **MED2046** Leadership (1 credit), B. Clyne

**Examinations:** Grades for each IMS-III and IMS-IV course are based upon a single examination as well as small group attendance and participation (a quiz also contributes to the final course grade in IMS-III: Cardiovascular, Pulmonary and Renal).

**A grade of 70% or above will normally be considered passing.** A cutoff below 70% may be designated as passing at the discretion of the Director of the Year 2 Curriculum in conjunction with the course leader(s). **Students who receive a single failing grade in an IMS-III or IMS- IV**

**course will receive an NC and be brought to the attention of the MCASP.** The remediation plan is determined by the Director of the Year 2 Curriculum and the course leader(s). This remediation most often consists of a period of tutoring and independent study followed by a remediation examination.

**Small Group Sessions:** Small group sessions and labs are important components of the IMS-III and IMS-IV courses (including Cardiovascular, Renal, Pulmonary, Endocrine Sciences, Human Reproduction, Hematology, and Gastroenterology), Doctoring and PC-PM courses. Small group performance assessment is based upon participation, quality of contribution to the discussions and leadership skills. Each small group leader will assess student performance in the appropriate Nine Abilities (competencies). Small group faculty evaluations are posted in OASIS, the internal registration and evaluation system for AMS. Small groups count for 5% of the course grade in the Renal course only.

**Attendance and participation in all small group, case-based and team-based learning, and laboratory sessions is mandatory.** Students need to complete a request for an excused absence on the home page of the Canvas website and receive permission from the Director of the Year 2 Curriculum or the Assistant Director of the Doctoring Program for permission to miss a small group, case-based and team-based learning, or laboratory session. If granted an excused absence, students must then notify their small group leader(s) and complete required make-up work. If a student misses more than two small group sessions (even if excused) and/or does not perform satisfactorily in the small group sessions, the student may receive an ED or an NC in the course and be required to remediate the deficiency by special accommodation or by retaking the course. This determination is made by the Director of the Year 2 Curriculum and the IMS course leader or the Doctoring course leader(s). See Section IV: Attendance Policy for more details.

Students in the PC-PM program will take MED2046 Leadership during the first and second semester of Year 2. Grading for this course will include online quizzes, participation in small group and completion of assignments. The grading for this course will be S/NC.

Students who receive a grade of NC or ED in any Semester III course (including the five IMS-III courses and Doctoring III) (and MED2046 for PC-PM students) will be brought to the attention of the MCASP. The MCASP will consider options for remediation based upon the recommendations of the Director of the Year 2 Curriculum, the IMS course leader(s), the Director of the PC-PM Program, and/or the Doctoring course leaders in consultation with the Associate Dean for Medical Education. If a student fails a special remediation examination, the student will be required to repeat the course the following year. Students will be permitted to take only one remediation exam. Exceptions will be considered by the Associate Dean for Medical Education in unusual circumstances.

Students who receive a grade of NC in two or more Semester III courses (any of the five IMS-III courses and Doctoring III) will be brought to the attention of the MCASP and will be required to repeat the entire semester, even if they have already passed one or more of the Semester III courses. Students will not be allowed to return a third time to repeat Semester III.

Students who receive a grade of NC or ED in a single Semester IV course (including the two IMS-IV courses and Doctoring IV) will be brought to the attention of the MCASP. Note: MED2046 for PC-PM students spans both Semester III and Semester IV. Grades for this course will be submitted in Semester IV. The Director of the Year 2 Curriculum and the IMS course leader(s) or the Doctoring course leader(s) will determine the remediation plan (which may consist of required tutoring and independent study followed by a remediation or retaking of the entire course).  If a student is allowed to remediate this course via a special examination, it must be taken after completion of the semester before preparing for and taking the USMLE Step 1 examination. If a student is permitted to take and then fails a special remediation examination, the student may be required to repeat the course the following year. Students will be permitted to take only one remediation examination. Exceptions will be considered by the Associate Dean for Medical Education in unusual circumstances.

Students who receive a grade of NC in two or more Semester IV courses (including the two IMS-IV courses, Doctoring IV and MED2046 for PC-PM students) will be brought to the attention of the MCASP and will be required to repeat the entire semester, even if they have already passed one of the Semester IV courses. Students will not be allowed to repeat Semester IV for a third time.

**Students must successfully complete all Year 1 and Year 2 courses before progressing to Year 3 clinical clerkships**.

### Timing of the USLME Step 1 Examination

The Offices of Medical Education and Student Affairs will provide regular information sessions on USMLE Step 1 preparation during Year 2. Students are provided with a minimum of 6 weeks of independent preparation time after completion of Year 2 courses to prepare for taking the USMLE Step 1 Exam.  All students are encouraged to take Step 1 prior to beginning **clerkships.** The medical school will not permit students to take the Step 1 exam before they have successfully completed all Year 1 and Year 2 coursework including IMS I-IV and Doctoring I-IV**.**

### Clinical Skills Clerkship (CSC)

**BIOL5885** Clinical Skills Clerkship (1 credit) P. George, S.Warrier, S. Rougas, D. Zink

This first, non-specialty-specific transition clerkship will prepare rising Year 3 students for the transition to the Year 3 curriculum. Performance is based on participation in small groups and an OSCE. Grading options for this two-week course, offered annually each April, are S/NC (Satisfactory/No Credit). All students must take and pass the CSC.  If a student does not pass the CSC, they will be allowed to progress on to the clerkships, but must successfully remediate the course, with this remediation determined by the course leaders.

# Years 3 and 4

### Grading Policies for Years 3 and 4: Clinical Clerkships, Sub-Internships, and Electives

Each of the six required Year 3 clinical clerkships (Family Medicine, Internal Medicine, Obstetrics &

19