UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOE, : | |
|    *Plaintiff*, : | |
| : | |
| v. : | C.A. No. 19-cv-00100-WES-PAS |
| : | |
| BROWN UNIVERSITY, : | |
|    *Defendant*. : | |

**STIPULATION**
**AUTHORIZING THE FILING OF THE AMENDED ANSWER**

Pursuant to Fed. R. Civ. P. 15(a)(2), IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant that Defendant may amend its pleading in the form of the Amended Answer attached hereto as <u>Exhibit 1</u>. Plaintiff reserves all arguments and objections, procedural and substantive, to the Amended Answer, but has no objection to the timing of the filing itself.

Dated: December 6, 2023

*Attorneys for Plaintiff*

LYNCH & PINE, Attorneys at Law
/s/ *Jeffrey B. Pine*
Jeffrey B. Pine, Esq. (#2278)
Email: jpine@lynchpine.com


*Attorneys for Defendant*

/s/ *Joseph D. Whelan*
/s/ *Timothy K. Baldwin*
/s/ *Christopher N. Dawson*
Joseph D. Whelan (#5694)
Timothy K. Baldwin (#7889)
Christopher N. Dawson (#8508)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI  02903
Tel: 401-270-4500
jwhelan@whelancorrente.com
tbaldwin@whelancorrente.com
cdawson@whelancorrente.com