UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JANE DOE, | : | |
|     *Plaintiff,* | : | |
| | : | C.A. No. 1:19-cv-00100-JJM-PAS |
| v. | : | |
| | : | |
| BROWN UNIVERSITY, | : | |
|     *Defendant.* | : | |

## STIPULATION FOR EXTENSION OF TIME

The parties in the above matter hereby stipulate and agree to allow for additional time to file the following:

1. The Plaintiff shall have up to and including January 19, 2024, to file its (1) Opposition to Defendant's Motion for Summary Judgment; (2) Plaintiff's Statement of Disputed Facts; and (3) Plaintiff's Statement of Undisputed Facts materials.

2. The Defendant shall have up to and include February 2, 2024, to file its reply to the above.

| | |
|---|---|
| Plaintiff<br>JANE DOE | Defendant,<br>BROWN UNIVERSITY |
| By her Attorneys, | By its Attorney, |
| /s/ Jeffrey B. Pine_____<br>Jeffrey B. Pine, Esq. (#2278)<br>Lynch & Pine Attorneys at Law, LLC<br>One Park Row, Fifth Floor<br>Providence, RI 02903<br>T: (401) 274-3306<br>jpine@lynchpine.com | /s/ Timothy K. Baldwin_____<br>Timothy K. Baldwin (#7889)<br>Joseph D. Whelan (#5694)<br>WHELAN CORRENTE & FLANDERS LLP<br>10 Westminster Street, Suite 710<br>Providence RI 02903<br>(401) 270-4500<br>tbaldwin@whelancorrente.com<br>jwhelan@whelancorrente.com |
| Dated: January 12, 2024 | Dated: January 12, 2024 |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2024, this document was electronically filed through the Court's CM/EDF system and is available for viewing and downloading to all registered counsel of record as indicated on the Notice of Electronic Filing.

/s/ Jeffrey B. Pine
Jeffrey B. Pine, Esq. (#2278)
Lynch & Pine Attorneys at Law, LLC
One Park Row, 5th Floor
Providence, RI 02903
jpine@lynchpine.com